# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF ENTRY OF OPINION

OPINION FILED:

The attached opinion announcing the decision of the court in your case was filed on the date indicated above.

No costs were taxed in these appeals.

Regarding exhibits and visual aids: Your attention is directed Fed. R. App. P. 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Erika Arner
Peter J. Ayers
Erik Paul Belt
Thomas Anthony Broughan III
Kakoli Caprihan
Gregory A. Castanias
Douglas Aaron Cawley
Paul D. Clement
David B. Cochran
Jeremy Cooper Doerre
Mark D. Fowler
Kia Lynn Freeman
Mark R. Freeman
Eugene M. Gelernter
Joshua Goldberg
Kevin Goldman
Joseph Guerra
Walter E. Hanley Jr.
James Martin Heintz
Benjamin T. Hickman
George W. Hicks Jr.
Matthew John Hult
Robert M. Isackson
Sean Daniel Jordan
Sopan Joshi
Nathan K. Kelley
Thomas W. Krause
Jeffrey Paul Kushan
Jeffrey A. Lamken
Mark W. Lauroesch
Janine Marie Lopez
Nathan Nobu Lowenstein
Frances Lynch

John Marlott
Dominic E. Massa
Israel Sasha Mayergoyz
Steven W. Miller
Richard Alan Neifeld
Stanley Joseph Panikowski III
Melissa N. Patterson
Donald Puckett
Robert Joseph Rando
Kevin H. Rhodes
Nicolas Riley
Irena Royzman
Katie Saxton
Jonathan H. Steinberg
Ksenia Takhistova
Doreen Yatko Trujillo
Daniel C. Tucker
Saurabh Vishnubhakat
Jason Vitullo
Kenneth J. Weatherwax
Scott Weidenfeller
Mark L. Whitaker

15-1944, 15-1945, 15-1946 - Wi-Fi One, LLC v. Broadcom Corporation
United States Patent and Trademark Office, Case No. IPR2013-00601, IPR2013-00602, IPR2013-00636